SEYFARTH SHAW LLP
Jon D. Meer (SBN 144389)
E-mail: jmeer@seyfarth.com
Jonathan L. Brophy (SBN 245223)
E-mail: jbrophy@seyfarth.com
Romtin Parvaresh (SBN 301554)
E-mail: rparvaresh@seyfarth.com
Sofya Perelshteyn (320931)
E-mail: sperelshteyn@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendant
INGLEWOOD SPORTSERVICE, INC.

BRADLEY/GROMBACHER, LLP
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Lirit A. King, Esq. (SBN 252521)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile:   (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com
lking@bradleygrombacher.com

Attorneys for Plaintiff DEJONE CYIARK,
on behalf of herself and others similarly situated.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEJONE CYIARK, individually and on behalf of other individuals similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INGLEWOOD SPORTSERVICE, INC.,<br><br>Defendants. | **CLASS ACTION**<br><br>Case No. 2:22-cv-03906- ODW-MRW<br><br>[Hon. Otis D. Wright, II, Courtroom 5D]<br><br>**JOINT NOTICE OF SETTLEMENT, PURSUANT TO LOCAL RULE 16-15.7, AND REQUEST TO VACATE ALL CURRENTLY SET DATES**<br><br>Complaint Filed:  June 8, 2022<br>Trial Date:         December 5, 2023 |

NOTICE OF SETTLEMENT

93196106v.3

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE THAT** pursuant to Central District of California Local Rule 16-15.7, Plaintiff Dejone Cyiark and Defendant Inglewood Sportservice, Inc. (collectively, the "Parties") have agreed to settlement terms which have been memorialized in a written agreement.

The Parties are in the process of executing the terms of settlement.

The Parties anticipate filing a Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41 that will dispose of the entire action. Dismissal shall be sought with prejudice as to Plaintiff's claims, and without prejudice as to the claims of the putative class members.

The Parties anticipate filing the Joint Stipulation for Dismissal within the next 60 days.

In light of the Parties' settlement, the Parties respectfully request that the Court vacate all current dates, so that they may complete certain conditions precedent before filing the Joint Stipulation For Dismissal.

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2), the electronic filer below hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 31, 2023					SEYFARTH SHAW LLP

									By: */s/ Sofya Perelshteyn*
									Sofya Perelshteyn
									Attorneys for Defendant
									INGLEWOOD SPORTSERVICE, INC.

DATED: March 31, 2023					BRADLEY/GROMBACHER, LLP

									By: */s/ Kiley L. Grombache*
									Marcus J. Bradley
									Kiley L. Grombacher
									Lirit A. King
									Attorneys for Plaintiff
									DEJONE CYIARK

1
NOTICE OF SETTLEMENT

93196106v.3