JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| DEJONE CYIARK,<br><br>    Plaintiff,<br><br>    v.<br><br>INGLEWOOD SPORTSERVICE, INC.,<br><br>    Defendant. | Case № 2:22-cv-03906-ODW (MRWx)<br><br>**ORDER OF DISMISSAL** |

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby **DISMISSES** the above-entitled action. Plaintiff's individual claims against Inglewood Sportservice, Inc. are dismissed with prejudice. The class allegations are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

April 25, 2023

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE